UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABODA INC., <br><br> Plaintiff, <br><br> v. <br><br> MOVEIN INC., <br><br> Defendant. | CASE NO. 2:19-cv-00614-BAT <br><br> **ORDER GRANTING SECOND UNOPPOSED MOTION TO EXTEND ANSWER OR RESPONSE DEADLINE TO COMPLAINT** |

The Court parties report that they continue to engage in productive settlement discussions and appear to be nearing a final solution. Plaintiff asks for a second extension of Defendant's deadline to respond to the complaint (*see* Dkt. 14 Order Granting Unopposed Motion for Extension of Time to File Answer or Response to Complaint). Dkt. 15. Defendant is not opposed to this second extension. *Id.*

Accordingly, it is **ORDERED** that Defendant has **until September 18, 2019** to respond to Plaintiff's Complaint.

DATED this 30th day of August, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING SECOND UNOPPOSED
MOTION TO EXTEND ANSWER OR
RESPONSE DEADLINE TO COMPLAINT - 1