UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABODA INC., <br><br> Plaintiff, <br><br> v. <br><br> MOVEIN INC., <br><br> Defendant. | CASE NO. 2:19-cv-00614-BAT <br><br> **ORDER GRANTING THIRD UNOPPOSED MOTION TO EXTEND ANSWER OR RESPONSE DEADLINE TO COMPLAINT** |

The Court has reviewed the parties' unopposed motion to extend time to answer while they engage in productive settlement discussions. Dkt. 18. Accordingly, it is **ORDERED** that Defendant has **until October 4, 2019** to respond to Plaintiff's Complaint.

DATED this 19th day of September, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge